IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER RODRIGUEZ SAHAGUN,** | : | Civil No. 1:17-cv-1919 |
| Petitioner, | : | |
| v. | : | |
| **WARDEN KATHY P. LANE,** | : | **Judge Sylvia H. Rambo** |
| Respondent. | : | |

## **O R D E R**

Before the court is a report and recommendation of the magistrate judge (Doc. 7) in which he concludes that Sahagun's current sentence credit has been properly calculated and therefore recommends that the Petition for a Writ of Habeas Corpus (Doc. 1) be denied. No objections have been filed.

In considering whether to adopt the Report and Recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error). Following an independent review of the record, the court is satisfied that the report and recommendation contains no clear error, and will therefore adopt the recommendation to deny the petition.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation (Doc. 7) is **ADOPTED**.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

4. A certificate of appealability shall not issue as any appeal taken from this order is deemed both frivolous and not in good faith.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: April 2, 2019